IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

JIMMIE E. SMALL,
    Plaintiff,

vs.

WW Lodging, INC., d/b/a
Quincy Travelodge #162 ET. AL. DEFENDANTS

CASE NO. 3-10-CV-00084

MOTION FOR APPOINTMENT OF COUNSEL

I, JIMMIE E. SMALL, hereby apply for appointment of counsel. In support of my application, I declare under penalty of perjury that the following facts are true:

1. I am the plaintiff in the above-entitled case and I believe I am entitled to redress.

2. Because of my poverty I am unable to pay a reasonable attorney fee.

3. I have made diligent efforts to obtain legal counsel but because of my poverty I have been unable to secure same.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __19__ day of __July__, _2010_.

_____
Signature of Plaintiff

State of Iowa
County of Davis

On 19th of July, 2010 I acknowledge the signature of Jimmie E. Small. Signed before me on this date.

_____
Notary Public

STACIE L. JUHL
Commission Number 164763
My Commission Expires
April 20, 2013

# Swaim Law Firm
### Attorneys at Law

**R. Kurt Swaim**  **Justin K. Swaim**  **Joshua R. Swaim**

July 19, 2010

Jimmy E. Small
606 W. Highway 2
Milton, IA 52570

Dear Jimmy:

You called my office on July 14, 2010 saying that you needed a letter stating that I had declined representation due to my case load and the fact that the legal matters are over in Quincy. You said that it had to do with your employment.

This letter will confirm that all this sounds correct. I did have to decline representation due to my case load. Also, I am not licensed in Illinois so I cannot handle any employment matters in Quincy. I hope this is what you needed. Thank you.

Best regards,

Very truly yours,

R. Kurt Swaim
Attorney at Law

RKS/nlm

Main Office:
108 E. Jefferson Street
Bloomfield, Iowa 52537
Phone: (641) 664-1983
Fax: (641) 664-2622

Branch Office:
2755 106th Street
Urbandale, Iowa 50322
Phone: (515) 331-3025
Fax: (515) 331-3544

Kurt@SwaimLawFirm.com
Justin@SwaimLawFirm.com
Josh@SwaimLawFirm.com

Jennie E. Snell
606 West Hwy #2
Milton, Iowa 52570

#3-10-CV-00084
United State District Court
Southern District of Iowa
United State Courthouse
123 East Walnut Street, Suite 130
Des Moines, Iowa 50309-2039



CPU U.S. POSTAGE
$0.88
MAILED JUL 26 2010
63501
PB 1P 000
3657803
FCMF