IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

RECEIVED
OCT 13 2010
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

JIMMIE E. SMALL,                                )
                                               )      3:10-cv-00084-CRW-RAW
                Plaintiff,                      )
                                               )
vs.                                             )      MOTION TO DISMISS
                                               )      DEFENDANT DREW ERWIN
WW LODGING, INC., d/b/a QUINCY                  )
TRAVELODGE and DREW ERWIN                       )
                                               )
                Defendants.                     )

Pursuant to Federal Rule of Civil Procedure 12(b)(3), Defendant Drew Erwin, *pro se*, requests dismissal of all claims contained in Plaintiff's Complaint. In support of my Motion to Dismiss, I attach the following: Brief in Support of Motion to Dismiss Defendant Drew Erwin.

Wherefore, Defendant Drew Erwin requests this Court dismiss Plaintiff's Complaint with prejudice and for such other and further relief as this Court deems just and proper.

Dated: September 30, 2010

Respectfully Submitted,

Drew T. Erwin
608 Vermont Street
Quincy, Illinois 62301
217-653-1776
217-223-6209 (*Facsimile*)
dteltd@me.com

***PRO SE* DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of September, 2010, a true and correct copy of the foregoing has been served via first class U.S. Mail, postage fully prepaid upon:

Jimmie E. Small
606 West Hwy #2
Milton, IA 52570

*PRO SE* PLAINTIFF

Drew T. Erwin