# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

RECEIVED 2010 NOV -5 AM 10: 39
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| JIMMIE E. SMALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 3- 10-CV-00084 |
| ) | |
| WW LODGING INC., d/b/a ) | |
| QUINCY TRAVELODGE, # 162 ) | |
| AND ) | |
| DREW ERWIN, ) | |
| Defendants. ) | |

## PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT

Pursuant to Federal R. Civ. P. Rule 55, Plaintiff Small, pro se, hereby respectfully request that the Court officials find that named Defendant WW Lodging, Inc, former employer, d/b/a Quincy Travelodge # 162, [ El Cajon California], is in default and accordingly issue an entry of default against defendant with a default judgment to be issued thereafter once the question of Plaintiff's damages has been resolved. In support of this application Plaintiff states as follows:

1. On July 07, 2010, Plaintiff filed suit against named defendants. Docket # 1.

2. Thereafter, named defendant WW Lodging, was served with the summons and complaint. Corresponding summons was duly served by U.S. Mail, return receipt requested. The date summons and complaint were served on WW Lodging, was September 13, 2010.

1

Small v. WW Lodging, Inc., et al, No. 10-CV-00084

3. Defendant WW Lodging agents accepted the summons and attached complaint, by U.S. Mail. See attached/completed/proof, U.S.P.S. form 3811, Plaintiff's Exhibit "A". 09/15/10. M.CARR.

4. As of the filing of this Application for entry of default, it has been more than twenty one ( 21) days since Defendant WW Lodging, former employer was served with the summons and complaint.

5. Defendant WW Lodging Inc., agents have not entered an appearance to defend, or file a responsive pleading to Plaintiff's complaint or otherwise honor the summons dated/sealed September 13, 2010.

6. Plaintiff is entitled to an entry of default against Defendant WW Lodging, once the Court has determined the appropriate measure of damages and other relief due to Plaintiff in this matter pursuant to Title VII applicable standards and in context to Illinois State retaliatory discharge and retaliation doctrine, since the April 11, 1996 wrongful discharge/ retaliation, and continuing.

WHEREFORE, Plaintiff, pro se, respectfully request that the clerk of the Court be directed to issue an entry of default against named Defendant WW Lodging, d/b/a Quincy Travelodge # 162, in this action and further prays for all other just and proper relief in the premises including any proceedings necessary to determine and award the damages and remedies due to Plaintiff from named Defendant in this matter.

Small v. WW Lodging, et al, No. 10-CV-00084

Respectfully submitted

JIMMIE E. SMALL
Plaintiff/pro se
606 West Hwy # 2,
Milton, Iowa, 52570

## PROOF OF SERVICE

The undersigned certifies that the foregoing Application for entry of Default against Former Employer WW Lodging, was served on all parties to the action [NOT IN DEFAULT] at their respective addresses disclosed on the pleadings, on November 04, 2010.
BY U.S. Mail, postage fully pre-paid.
Original application filed with the Clerk of U.S. District Court Southern district of Iowa.

Signature

3

