# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| JIMMIE E. SMALL,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) NO. 3-10-CV-00084 |
| | ) |
| WW LODGING d/b/a, Quincy<br>Travelodge, # 162,<br>    AND<br>DREW ERWIN,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) |

## DEFAULT AND JUDGMENT ENTRY

Now, on this _____ day of _____, 2010, this matter comes on before the Court for hearing on Plaintiff's motion for default. Plaintiff appears by motion and the Defendant WW Lodging, Inc., appearing not nor anyone for Defendant WW Lodging. The Court having reviewed the files and being fully advised in the premises FINDS:

That more than twenty one (21) days have elapsed since Defendant WW Lodging was duly served with summons &

Small v. WW Lodging, et al. No. 3-10-CV-00084

complaint and pendency of this action, and that this Court has jurisdiction of the parties hereto served.

Neither the Defendant WW Lodging, Inc., nor anyone on its behalf has filed a written appearance, motion or answer, and that the Defendant WW Lodging, Inc., El Cajon California, is accordingly adjudged to be in default pursuant to Fed. Civil Rule. 55. The allegations of the Plaintiff's Petition are material and true, and Plaintiff's claim for damages, to be finally determined by the Court, on a date set by the Clerk, Pursuant to R. 55 or other court order, schedule or directive.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Plaintiff, have judgment against named Defendant WW Lodging, Inc. d/b/a Quincy Travelodge, # 162, for a specific sum yet to be determined, with interest at 13.25% from Plaintiff's discharge date of April 11, 1996, and for his cost of this action, plus attorney fees, and further relief the Court deem just.

JUDGE U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Small v. WW Lodging, Inc., NO. 3-10-CV-00084

## PROOF OF SERVICE & MAILING

I, the undersigned, hereby certify that I did serve all parties to this action [ NOT IN DEFAULT], on November 05, 2010, TO: Defendant Drew Erwin, one copy of the foregoing default and judgment entry, by U.S. Mail, properly addressed, postage fully prepaid, Zip affixed. The Original document was filed with the Clerk of Court, U.S. District Court, No. 3-10-CV-00084.

Signature *Jimmie E. Small*
JIMMIE E. SMALL
606 West Hwy # 2,
Milton, Iowa, 52570
@ 319-677-0484

