IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

JIMMIE E. SMALL,

    Plaintiff,

vs.                                                            3-10-cv-84-CRW-RAW

WW Lodging Inc, and                                 Order
Drew Erwin,

    Defendants.

On December 15, 2010, the court held a hearing by telephone conference call on the motion to dismiss filed by defendant Drew Erwin, receiving arguments from the plaintiff Jimmie E. Small and the individual defendant Drew Erwin.

Erwin is a citizen and resident of Illinois. He contends this federal judicial district is not proper venue for this diversity action filed by plaintiff Jimmie E. Small, a citizen and resident of Iowa.

Title 28 U.S.C. section 1391 (a)(2) provides that a civil action based solely on diversity of citizenship may be brought only in "a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject matter of the action is situated." 28 U.S.C. section 1404 (a) provides the court may "[f]or the convenience of the parties and witnesses, in the interest of justice" transfer a federal civil case to a district "where it might have been brought."

Plaintiff has not shown that the pleaded acts or omissions set forth in the complaint occurred in or had a substantial connection to the State of Iowa.

Plaintiff has obtained in personam jurisdiction and subject matter jurisdiction over both defendants, so the lawsuit is not dismissed. The United States District Court for the Southern District of Iowa is not the proper venue for this lawsuit. But Illinois is the proper and

convenient forum for this lawsuit.

      The court therefore transfers this case for further proceedings to the United States District Court for the Central District of Illinois at Peoria, pursuant to 28 U.S.C. section 1404 (a).

      IT IS SO ORDERED.

      Dated this 16th day of December, 2010.

*[signature]*
CHARLES R. WOLLE, JUDGE
U.S. DISTRICT COURT